1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    GARY F. HERRIN,                          )
                                              )
6              Plaintiff,                     )
                                              )          NO.  CV-10-0054-JPH
7         vs.                                 )
                                              )          **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                       )          **CIVIL CASE**
     Commissioner of Social Security,         )
9                                             )
               Defendant.                     )
10                                            )
     _____ )

11

12        **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 11 day of February, 2011.

19                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
20

21

22                                        by:   s/Pamela A. Howard
                                                Deputy Clerk
23

24

25

26   cc: all counsel